STATE of Missouri, Respondent,

v.

Barry J. DIXON, Appellant.

No. WD 33256.

Missouri Court of Appeals, Western District.

Aug. 9, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Sept. 28, 1983.

Joseph H. Locascio, Sp. Public Defender, Mimi Droll, Asst. Sp. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Kelly S. Klopfenstein, Asst. Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, P.J., TURNAGE, C.J., and MANFORD, J.

## ORDER

PER CURIAM:

Direct appeal from conviction for robbery first degree in violation of § 569.020, RSMo 1978.

No jurisprudential purpose would be served by written opinion.

Judgment affirmed.

All concur.

Rule 30.25(b).